UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JONATHAN N. HARRIS, )<br>　　　　　　　　Plaintiff, )<br>　　　v. )<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>　　　　　　　　Defendant. )<br>————————————————— ) | No. SACV 10-1551 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Order dated August 30, 2011.

DATED:　August 30, 2011

　　　　　　　　　　　　　　　　　　/S/ FREDERICK F. MUMM
　　　　　　　　　　　　　　　　　　FREDERICK F. MUMM
　　　　　　　　　　　　　　　　United States Magistrate Judge